UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BARBARA J. McGATHY,　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　) **JUDGMENT**
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) No. 5:16-CV-235-FL
　　　　　　　　　　　　　　　　　　　)
NANCY A. BERRYHILL,　　　　　　　)
Commissioner of Social Security,　　　)
　　　　　　Defendant.　　　　　　　)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 17, 2018, that plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $10,720.00.

**This Judgment Filed and Entered on October 17, 2018, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)

October 17, 2018　　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk